THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KADE GARRETT RANDALL,<br><br>  Defendant. | No. CR25-245-JNW<br><br>ORDER TO EXTEND DEADLINE<br>FOR PRETRIAL MOTIONS |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from January 8 to January 15, 2026.

DONE this 12th day of January 2026.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Assistant Federal Public Defender
Attorney for Kade Garrett Randall

ORDER TO EXTEND
PRETRIAL MOTIONS DEADLINE
(*United States v. Randall*, No. CR25-245-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100