THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

       Plaintiff,

      vs.

KADE GARRETT RANDALL,

      Defendant.

No. CR25-245-JNW

ORDER TO EXTEND DEADLINE FOR PRETRIAL MOTIONS

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from July 30, 2026, to August 12, 2026.

DONE this 11th day of August 2026.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Assistant Federal Public Defender
Attorney for Kade Garrett Randall

ORDER TO EXTEND
PRETRIAL MOTIONS DEADLINE
(*United States v. Randall*, No. CR25-245-JNW) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**