THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR25-245-JNW |
| Plaintiff, | ) | |
| v. | ) | DECLARATION OF COUNSEL |
| KADE GARRETT RANDALL, | ) | |
| Defendant. | ) | |

I, J. Leonardo Costales, declare the following to be true and correct to the best of my information and belief:

1. I am an Assistant Federal Public Defender and am appointed to represent Kade Garrett Randall in this pending federal matter.

2. On August 13, 2026, I spoke with Mr. Randall—who is in state custody in Georgia on unrelated charges—about continuing his trial and waiving his speedy trial rights. Mr. Randall agreed to continue his federal case to March 22, 2027, and to waive his speedy trial rights for an additional 30 days to April 21, 2027.

3. I certify under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 13th day of August 2026.

s/ *J. Leonardo Costales*
Assistant Federal Public Defender
Attorney for Kade Garrett Randall

DECLARATION OF COUNSEL
(*United States v. Randall*, No. CR25-245-JNW) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**