**United States Probation and Pretrial Services**
*Western District of Washington*

**Monique D. Neal**
*Chief*

**Brenda L. Amundson**
*Deputy Chief*

# MEMORANDUM

Date: October 2, 2026

To: The Honorable Brian A. Tsuchida, United States Magistrate Judge

From: Tiana Keomalu
United States Probation Officer

Subject: **Kade Garrett Randall**
**Case Number: 2:25CR00245-JNW-1**
**STATUS REPORT**

**STATUS:** On November 19, 2025, Mr. Randall appeared at a detention hearing before Your Honor. The Court released the defendant on an appearance bond with both standard and special conditions. The defendant lives in the Middle District of Georgia and that district was providing courtesy pretrial supervision.

On December 19, 2025, Mr. Randall was arrested by the Houston County Sheriff's Office in Georgia. Mr. Randall is charged with two counts of child molestation and two counts of eavesdropping. United States Probation Officer (USPO) Kellie Allen in the Middle District of Georgia advised the current alleged law violations occurred before Mr. Randall was released on bond.

On February 4, 2026, USPO Allen closed courtesy supervision interest while Mr. Randall was in custody at the Houston County Jail in Georgia.

On March 5, 2026, I spoke with the Assistant District Attorney (ADA) who advised Mr. Randall had an initial hearing in the matter on January 8, 2026, and was denied bond. Additionally, the ADA advised Mr. Randall was indicted on the charges on February 18, 2026.

On September 30, 2026, I received email correspondence from USPO Allen that Mr. Randall was indicted in the Middle District of Georgia under docket #5:26-cr-00038-MTT-CHW-1, where he made an initial appearance by way of Writ of Habeus Corpus on September 21, 2026. The indictment charges the defendant with attempt to sexually exploit a child and possession of child pornography. It should be noted that the conduct alleged in the new indictment occurred prior to the issuance of our district's appearance bond. Mr. Randall is now facing charges across three jurisdictions. As of the submission of this report, the defendant remains in custody at the Houston County Jail in Georgia.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of October, 2026.

Tiana Keomalu
United States Probation Officer

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer
BY:

Jaymie Parkhurst
Supervising United States Probation Officer

CC: Assistant United States Attorney, Matthew Hampton
Defense Counsel, Jorge Leonardo Costales

---

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Other

Brian A. Tsuchida, United States Magistrate Judge

Oct. 2, 2026
Date